# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA INSTITUTIONAL LAW PROJECT, ABOLITIONIST LAW CENTER, AMISTAD LAW PROJECT, AND AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA, | : : : : : : : | No. 1:18-cv-2100 |
| Plaintiffs, | : : | |
| v. | : : | |
| JOHN E. WETZEL, Secretary of Department of Corrections, SHIRLEY MOORE SMEAL, Executive Deputy Secretary of Department of Corrections, and TABB BICKELL, Executive Deputy Secretary for Institutional Operations, | : : : : : : : : | |
| Defendants. | : : | |

---

| | | |
|---|---|---|
| DAVON R. HAYES, | : : | No. 1:18-cv-2099 |
| Plaintiff, | : : | |
| v. | : : | |
| JOHN E. WETZEL, Secretary of Department of Corrections, SHIRLEY MOORE SMEAL, Executive Deputy Secretary of Department of Corrections, TABB BICKELL, Executive Deputy Secretary for Institutional Operations, and JAMEY LUTHER, Superintendent | : : : : : : : : : | |

of SCI Smithfield,   :
                     :
    Defendants.      :

## ORDER

This 4th day of December, 2018, the parties in both of the above-captioned actions having stipulated that the matters share common issues of fact and law, and finding that consolidation would serve the interests of judicial economy, it is hereby ordered that the above-captioned actions shall be consolidated into No. 1:18-cv-2100 for all purposes and proceedings before this Court (hereafter referred to as the "Consolidated Action"). From this point forward, the Consolidated Action shall be captioned: Pennsylvania Institutional Law Project, et al. v. Wetzel et al., docketed at No. 1:18-cv-2100.

DATED: 12-4-18

_____
J. John E. Jones
UNITED STATES DISTRICT JUDGE